# United States District Court
## Southern District of Georgia
Augusta Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2007 JUL 18 A 9:43

CLERK_____
SO. DIST. OF GA.

THOMSON METALS, INC.            *

                                *      CASE NUMBER  CV 104-04

  VS                            *

WHEELING CORRUGATING COMPANY, INC.            *

                                *

                                *

## ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS ORDERED that this action is hereby dismissed with prejudice subject to the right, upon good cause shown within sixty (60) days, to reopen the action for the sole purpose of enforcing the settlement.

IT IS FURTHER ORDERED that the Clerk of Court serve copies of this order, by United States mail, upon the attorneys of record for the parties appearing in this cause.

**SO ORDERED**, this ___18___ day of ___July___, 2007.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA